CLERK'S OFFICE U.S. DIST. COURT RT
AT ROANOKE, VA
FILED
*for Big Stone GaGa*

**FEB 0 6 2012**

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| ROCKY L. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:11CV00037 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RON MCCALL, et al., | ) | By:  Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1.  The motion to dismiss filed by the defendants is **GRANTED** with respect to the

plaintiff's claims under 42 U.S.C. § 1983;

2.  The plaintiff's remaining state law claim of defamation is **DISMISSED** without

prejudice;

3.  The plaintiff's motion for leave to file a second amended complaint is

**DISMISSED** as moot; and

4.  This action shall be and hereby is **STRICKEN** from the active docket of this

court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to all counsel of record.

ENTER:  This 6th day of February, 2012.

_____
Chief United States District Judge