CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for Big Stone Gap
FEB 06 2012
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

ROCKY L. BAKER,

Plaintiff,

v.

RON MCCALL, et al.,

Defendants.

Civil Action No. 2:11CV00037

**FINAL ORDER**

By: Hon. Glen E. Conrad
Chief United States District Judge

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The motion to dismiss filed by the defendants is **GRANTED** with respect to the plaintiff's claims under 42 U.S.C. § 1983;

2. The plaintiff's remaining state law claim of defamation is **DISMISSED** without prejudice;

3. The plaintiff's motion for leave to file a second amended complaint is **DISMISSED** as moot; and

4. This action shall be and hereby is **STRICKEN** from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 6th day of February, 2012.

[signature]

Chief United States District Judge